No. 90–7670.  GRIFFIN v. GREENE, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 90–7672.  HARRIS v. WASHINGTON.  Ct. App. Wash. Certiorari denied.

No. 90–7677.  PEREZ v. RATELLE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 90–7681.  WHETSTINE v. FULCOMER, DEPUTY COMMIS-SIONER, WESTERN REGION, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–7686.  SILVIOUS v. AMERICAN FAMILY PUBLISHERS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–7701.  MOORE v. SOUTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–7703.  HOLMES v. JONES, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER.  Sup. Ct. Mo.  Certiorari denied.

No. 90–7705.  KETCHUM v. BRIGHAM CITY POLICE ET AL. C. A. 10th Cir.  Certiorari denied.

No. 90–7709.  GALLARDO v. SPOHN HOSPITAL.  C. A. 5th Cir. Certiorari denied.

No. 90–7719.  WELTMAN v. INDEPENDENCE SAVINGS BANK. C. A. 2d Cir.  Certiorari denied.

No. 90–7731.  FOSTER v. ARIZONA.  Ct. App. Ariz.  Certio-rari denied.

No. 90–7738.  GLASS v. COWLEY, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 90–7779.  PROWS v. KASTNER, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 90–7783.  AUSTIN ET UX. v. WASHINGTON ET AL.  Ct. App. Wash.  Certiorari denied.

No. 90–7787.  ENGLAND ET AL. v. RYAN, SUPERINTENDENT, SCI–DALLAS.  C. A. 3d Cir.  Certiorari denied.